IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
INDYMAC BANK F.S.B.                                                PLAINTIFF

v.                          Case No. 1:10-cv-18-DPM

WEGGELAND DEVELOPMENT
GROUP, LTD.                                                         DEFENDANT

JUDGMENT

The Court enters judgment on the Federal Deposit Insurance Corporation's complaint against Weggeland Development Group, Ltd. for $93,678.88. This total reflects $63,302.92 in principal, $9,672.77 in fees, $20,676.16 in pre-judgment interest, and $27.03 in court costs. This judgment will bear post-judgment interest at 0.18% per annum from this order's date until the judgment is paid. 28 U.S.C.A. § 1961(a)–(b) (West 2006).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>7 June 2011</u>